No. 88–1076. PRESEAULT ET UX. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. [Certiorari granted, 490 U. S. 1034.] Motion of respondents Vermont et al. for divided argument granted.

No. 88–1150. MISSOURI ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of Icelean Clark et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 88–1182. BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES *v.* BOUKNIGHT; and

No. 88–6651. MAURICE M. *v.* BOUKNIGHT. Ct. App. Md. [Certiorari granted, 490 U. S. 1003.] Motion of petitioner Maurice M. for divided argument granted.

No. 88–1198. FEDERAL TRADE COMMISSION *v.* SUPERIOR COURT TRIAL LAWYERS ASSN.; and

No. 88–1393. SUPERIOR COURT TRIAL LAWYERS ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. D. C. Cir. [Certiorari granted, 490 U. S. 1019.] Motion of respondents/cross-petitioners Superior Court Trial Lawyers Association et al. for divided argument denied.

No. 88–1569. AUSTIN, MICHIGAN SECRETARY OF STATE, ET AL. *v.* MICHIGAN STATE CHAMBER OF COMMERCE. C. A. 6th Cir. [Probable jurisdiction noted, 490 U. S. 1045.] Motion of Federal Election Commission for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 88–1640. MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. [Certiorari granted, 490 U. S. 1045.] Motion of the Acting Solicitor General for divided argument denied. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 89–5476 (A–175). WAYE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 89–5477 (A–176). WAYE *v.* TOWNLEY, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–6023. KUNKLE *v.* TEXAS, *ante*, p. 925;

No. 87–746. MICHAEL H. ET AL. *v.* GERALD D., 491 U. S. 110;

No. 87–1293. BHANDARI *v.* FIRST NATIONAL BANK OF COMMERCE, *ante*, p. 901;

No. 87–1697. WILKINSON *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL., *ante*, p. 408;

No. 87–1711. COUNTY OF YAKIMA ET AL. *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL., *ante*, p. 408;

No. 87–1854. CORY *v.* STANDARD FEDERAL SAVINGS & LOAN ASSN. ET AL., *ante*, p. 918;

No. 87–5666. HIGH *v.* ZANT, WARDEN, *ante*, p. 926;

No. 87–5765. STANFORD *v.* KENTUCKY, *ante*, p. 361;

No. 87–6026. WILKINS *v.* MISSOURI, *ante*, p. 361;

No. 87–6406. WILLIAMS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 925;

No. 87–6997. CARELLA *v.* CALIFORNIA, 491 U. S. 263;

No. 88–226. WARD ET AL. *v.* ROCK AGAINST RACISM, 491 U. S. 781;